NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DATATREASURY CORPORATION,**
*Appellant*

**v.**

**JACK HENRY AND ASSOCIATES, INC.,**
*Appellee*

---

2016-1050, 2016-1052

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00056, CBM2014-00057.

---

Decided: October 13, 2016

---

EDWARD K. CHIN, Albritton Law Firm, Longview, TX. argued for appellant. Also represented by DEREK TOD GILLILAND, Nix Patterson & Roach LLP, Daingerfield, TX; CHRISTIAN JOHN HURT, Dallas, TX.

RUSSELL S. JONES, JR., Polsinelli PC, Kansas City, MO, argued for appellee. Also represented by JAY E. HEIDRICK.

---

Before MOORE, WALLACH, and CHEN, *Circuit Judges.*

PER CURIAM.

We deny the appeal as moot in light of our order in *DataTreasury Corp. v. Fidelity National Information*, No. 16-1046.